People v Hernandez (2022 NY Slip Op 51223(U))

[*1]

People v Hernandez (Ricky)

2022 NY Slip Op 51223(U) [77 Misc 3d 130(A)]

Decided on December 15, 2022

Appellate Term, First Department

Published by New York State Law Reporting
Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on December 15, 2022
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Brigantti, J.P., Hagler, Tisch, JJ.

570613/17

The People of the State of New
York, Respondent,
against
Ricky Hernandez,
Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York,
Bronx County (Elizabeth N. Warin, J., at plea; Robert G. Seewald, J.H.O., at sentencing),
rendered August 24, 2017, convicting him, upon a plea of guilty, of aggravated
unlicensed operation of a motor vehicle in the third degree, and imposing sentence. 
Per Curiam.

Judgment of conviction (Elizabeth N. Warin, J., at plea; Robert G. Seewald, J.H.O.,
at sentencing), rendered August 24, 2017, affirmed. 
The court properly revoked its promise that defendant, who originally pleaded guilty
to third-degree aggravated operation of a motor vehicle, would be permitted to replead to
unlicensed driving, a violation. Even when defendant was afforded an extension of time
to comply with the terms of the repleader agreement, he failed to do so and subsequently
elected to be sentenced pursuant to his misdemeanor plea (see People v Roman,
264 AD2d 678 [1999], lv denied 94 NY2d 906 [2000]). We decline defendant's
invitation to vacate the conviction, reduce the fine and resentence him to a violation in
the interest of justice. 
All concur
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
Clerk of the Court